# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ANTHONY TASCH,**

    *Petitioner*,

v.                                         **Case No.: 5:26cv16-MW/MJF**

**MTC CORRECTIONAL, et al.,**

    *Respondents*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Petitioner's objections, ECF No. 8.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of mandamus, ECF No. 1, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on March 9, 2026.**

                                          **s/Mark E. Walker**_____
                                          **United States District Judge**